UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA,<br><br>        Defendant. | )<br>)  Civil No.: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CINDY COHN IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN PSEUDONYM

1. I am an attorney of record for plaintiff in this action and a member in good standing of the California State Bar. I am seeking admission *pro hac vice* to practice before this Court. I have personal knowledge of the matters stated in this declaration and if called upon to do so I am competent to testify to all matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the *Country Reports for Human Rights Practices for 2012, Ethiopia*, available at http://www.state.gov/j/drl/rls/hrrpt/humanrightsreport/index.htm?year=2012&dlid=204120#wrapper.

3. Attached hereto as Exhibit B is a true and correct copy of Human Rights Watch, *One Hundred Ways of Putting Pressure: Violations of Freedom of Expression and Association in Ethiopia* (2010), available at http://www.hrw.org/sites/default/files/reports/ethiopia0310webwcover.pdf.

4. Attached hereto as Exhibit C is a true and correct copy of The Advocates for Human Rights, *Human Rights in Ethiopia: Through the Eyes of the Oromo Diaspora* (2009), available at

http://www.theadvocatesforhumanrights.org/uploads/oromo_report_2009_color.pdf.

5. Attached hereto as Exhibit D is a true and correct copy of the U.S. State Department's *Country Reports for Human Rights Practices for 2005, Ethiopia* (2006), available at http://www.state.gov/j/drl/rls/hrrpt/2005/61569.htm.

6. Attached hereto as Exhibit E is a true and correct copy of the U.S. State Department's *Country Reports for Human Rights Practices for 2007, Ethiopia* (2008), available at http://www.state.gov/j/drl/rls/hrrpt/2007/100481.htm.

7. Attached hereto as Exhibit F is a true and correct copy of Amnesty International, *Dismantling Dissent: Intensified Crackdown on Free Speech in Ethiopia* (2011), available at http://www.amnestyusa.org/sites/default/files/afr250112011en.pdf.

8. Attached hereto as Exhibit G is a true and correct copy of *Kin of Exiled Ethiopian Opposition Leaders Charged in Coup Plot,* Voice of America (Nov. 2, 2009), available at http://www.voanews.com/content/a-13-2009-04-27-voa53-68733322/357755.html.

9. Attached hereto as Exhibit H is a true and correct copy of Morgan Marquis-Boire, *For Their Eyes Only: The Commercialization of Digital Spying* (2013), available at https://citizenlab.org/storage/finfisher/final/fortheireyesonly.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2014, at San Francisco, California.

_____
Cindy Cohn