UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>      Plaintiff,<br><br>      v.<br><br>FEDERAL DEMOCRATIC REPUBLIC<br>OF ETHIOPIA,<br><br>      Defendants. | Case: 1:14-cv-00372<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 3/5/2014<br>Description: General Civil |

ORDER

In light of plaintiff John Doe's motion to proceed by pseudonym, it is hereby

ORDERED that the motion for leave to proceed in pseudonym be, and hereby is, GRANTED. The factors outlined in National Ass'n of Waterfront Employers v. Chao, 587 F. Supp. 2d 90 (D.D.C. 2008) weigh in favor of granting plaintiff's motion to proceed by pseudonym.

SIGNED this 5th day of ~~February~~ March, 2014.

_____
RICHARD W. ROBERTS
Chief Judge