UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL DEMOCRATIC<br>REPUBLIC OF ETHIOPIA,<br><br>*Defendant.* | Civ. No. 1:14-cv-00372-CKK |

**Supplemental Declaration of Cindy Cohn in Support of**
**Motion Under LCvR 83.2(d) for *Pro Hac Vice* Admission**

Pursuant to 28 U.S.C. § 1746, LCvR 83.2(j) and this Court's Minute Order of March 21, 2014, I, Cindy Cohn, declare as follows:

1. I provide the following supplemental information for purposes of *pro hac vice* admission to the bar of the United States District Court for the District of Columbia in regard to the above-entitled action:

   a. I am personally familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2014 at San Francisco, California.

Cindy Cohn

1