UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>   *Plaintiff*,<br>v.<br><br>FEDERAL DEMOCRATIC<br>REPUBLIC OF ETHIOPIA,<br><br>   *Defendant*. | Civ. No. 1:14-cv-00372-CKK |

**NOTICE OF SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff John Doe hereby requests substitution of the following attorney:

 Mitchell L. Stoltz
 ELECTRONIC FRONTIER FOUNDATION
 815 Eddy Street
 San Francisco, CA 94109
 Tel: (415) 436-9333
 Fax: (415) 436-9993
 Email: mitch@eff.org

In his place, plaintiff designates the following attorney as counsel of record:

 Nathan Cardozo
 ELECTRONIC FRONTIER FOUNDATION
 815 Eddy Street
 San Francisco, CA 94109
 Tel: (415) 436-9333
 Fax: (415) 436-9993
 Email: nate@eff.org

This constitutes the Notice of Appearance by Nathan Cardozo to appear as counsel of record for Plaintiff in the above-captioned action.

Dated: April 14, 2014

Respectfully submitted,

/s/ Nathan Cardozo
Nathan Cardozo (DC SBN 1018696)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel. (415) 436-9333
Fax (415) 436-9993
nate@eff.org

*Counsel for Plaintiff*