UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br>    *Plaintiff*,<br>v.<br><br>FEDERAL DEMOCRATIC<br>REPUBLIC OF ETHIOPIA,<br>    *Defendant*. | Civ. No. 1:14-cv-00372-CKK |

## NOTICE OF ERRATA

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff John Doe hereby provides this notice of errata as follows:

The Declaration of John Doe (a.k.a. "Kidane") In Support of Motion for Leave to Proceed in Pseudonym, ECF No. 1-1, was inadvertently filed with a blank signature page. Attached hereto please find the fully-executed signature page.

Dated: April 15, 2014      Respectfully submitted,

                 /s/ Nathan Cardozo
             Nathan Cardozo (DC SBN 1018696)
             ELECTRONIC FRONTIER FOUNDATION
             815 Eddy Street
             San Francisco, CA 94109
             Tel. (415) 436-9333
             Fax (415) 436-9993
             nate@eff.org

             *Counsel for Plaintiff*

democratic opposition movement, and they themselves are unaware of my own work with the diaspora.

11. Additionally, while I am not a minor, several of my family members are.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Signed this 12 day of February 2014, at Silver Spring, MD
                                                                                                                       City       State

_/s/ Kidane_
"Kidane"

3