CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE, a.k.a. KIDANE,

_____
Plaintiff(s)

vs.                                                                      Civil Action No.: 1:14-cv-372-CKK

FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA

_____
Defendant(s)


## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Minister of Foreign Affairs, Ministry of Foreign Affairs
Menelik II Avenue
(Across from Hilton Hotel)
393 Addis Ababa
Ethiopia

|   | | |
|---|---|---|
| | ☐ | UPS |
| | ☐ | FedEx |
| by: (check one) | ☐ | registered mail, return receipt requested |
| | ☑ | DHL |

pursuant to the provisions of: (check one)

|   | | |
|---|---|---|
| | ☐ | FRCP 4(f)(2)(C)(ii) |
| | ☑ | 28 U.S.C. § 1608(a)(3) |
| | ☐ | 28 U.S.C. § 1608(b)(3)(B) |

I certify that this method of service is authorized by the domestic law of (name of country): The Federal Democratic Republic of Ethiopia _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Nathan Cardozo
_____
(Signature)

Nathan Cardozo, Esq.
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

(Name and Address)