

English  Contact Center  Tools  Country Profile  DHL Global

Express  Logistics  Mail  Press  Careers  About Us

Content Search  Go

## Schedule a Pickup: Confirmation

Enter  **Confirmation**

Pickup scheduled for:
**Tuesday, April 22, 2014** 
Between 9:00 am and 5:30 pm
Confirmation number: 559573

Please keep your confirmation number for your reference. If you need further assistance with this pickup, please contact us.

▶ Schedule another pickup
▶ Cancel request



›My DHL Express

›Shipping
›Tracking
›Export Services
›Import Services
›Optional Services
›Small Business Solutions
›Resource Center

### Next time save some money.
Use a DHL shipping spot, retail, drop box, or service center.
▶ **Find my nearest drop-off location**

Sitemap  Accessibility  Legal
2013 © DHL International GmbH. All rights reserved.

# 14cv372 ckk