UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>　　　　*Plaintiff*,<br>v.<br><br>FEDERAL DEMOCRATIC<br>REPUBLIC OF ETHIOPIA,<br><br>　　　　*Defendant*. | Civ. No. 1:14-cv-00372-CKK<br><br>Hon. Colleen Kollar-Kotelly |

**RETURN OF SERVICE**

I hereby certify that on April 28, 2014, I caused to be served a copy of the summons and complaint and all attachments on the Minister of Foreign Affairs of the Federal Democratic Republic of Ethiopia by requesting (ECF No. 15) that the Clerk of the Court send the documents by DHL to the Ministry of Foreign Affairs, shipping on April 22, 2014 to: Minister of Foreign Affairs, Ministry of Foreign Affairs, Menelik II Avenue (Across from Hilton Hotel), 393 Addis Ababa, Ethiopia.  A copy of the Proof of Delivery from DHL is attached.  Also attached is a copy of the cover letter to the Clerk of the Court listing all documents served.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 29, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Nathan Cardozo
　　　　　　　　　　　　　　　　　　　　Nathan Cardozo (DC SBN 1018696)
　　　　　　　　　　　　　　　　　　　　Electronic Frontier Foundation
　　　　　　　　　　　　　　　　　　　　815 Eddy Street
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94109

Tel. (415) 436-9333
Fax (415) 436-9993
nate@eff.org

*Counsel for Plaintiff*



EXCELLENCE. SIMPLY DELIVERED.

28 April 2014

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 9750315304.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 9750315304 was delivered on 28 April 2014 at 15:44**

| | | | |
|---|---|---|---|
| **Signed** | SIGN ON FILE | **Destination Service Area** | ADDIS ABABA ETHIOPIA |
| | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600000530420093 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Picked Up** | 22 April 2014 at 13:30 | | |
| | | **Shipper Reference** | 14CV372 CKK |

 **ELECTRONIC FRONTIER FOUNDATION**

April 16, 2014

Clerk of the Court
USDC for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

      Re:   *John Doe v. Federal Democratic Republic of Ethiopia*
             Case No. 14-cv-372 CKK

Dear Clerk:

Enclosed please find the following documents which are to be served on Ethiopia by DHL:

- Affidavit Requesting Foreign Mailing
- Notice of Suit
- Summons
- Complaint
- Civil Case Cover Sheet
- Notice of Right to Consent to Trial Before U.S. Magistrate Judge
- Initial Electronic Case Filing Order
- Attorney/Participant Registration Form for ECF
- Motion to Proceed in Pseudonym
- John Doe Declaration
- Cindy Cohn Declaration
- Order Granting Motion to Proceed in Pseudonym
- Pro Hac Vice Motions, Declarations and Supplemental Declarations for Cindy Cohn, Mahesha Subbaraman, Richard Martinez and Samuel Walling
- Substitution of Attorney and Notice of Appearance
- Notice of Errata

Also enclosed are a DHL box and international shipping label with our DHL account number filled in. Please don't hesitate to contact me if there's anything else you need. Thank you for your attention to this matter.

                                  Very truly yours,

                                  Stephanie Shattuck
                                  Legal Secretary

Encs.

815 Eddy Street • San Francisco, CA 94109 USA
+1 415 436 9333        +1 415 436 9993        www.eff.org        information@eff.org