AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE )<br>*Plaintiff*  )<br>v.                                )<br>FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA )<br>*Defendant*  ) | Case No.  1:14-cv-00372-CKK |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Democratic Republic of Ethiopia

Date:    06/27/2014

*Attorney's signature*

Robert P. Charrow, D.C. Bar # 261958
*Printed name and bar number*

Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C.  20037
*Address*

charrowr@gtlaw.com
*E-mail address*

(202) 533-2396
*Telephone number*

(202) 261-0164
*FAX number*