THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEMOCRATIC<br>REPUBLIC OF ETHIOPIA<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:14-cv-00372-CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FEDERAL RULES 12(b)(1) and 12(b)(6)**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Federal Democratic Republic of Ethiopia ("Ethiopia") hereby moves this Court to dismiss Plaintiff John Doe, a.k.a. Kidane's ("Plaintiff") complaint (Docket No. 3). As set forth in the accompanying Memorandum, this Court lacks subject matter jurisdiction because Ethiopia is a foreign sovereign, which, under the Foreign Sovereign Immunities Act ("FSIA"), is immune from suit, unless Plaintiff can demonstrate that the suit falls within a specified statutory exception to immunity. Here, the sole exception – the "tort" exception – on which Plaintiff relies, does not apply. Accordingly, Ethiopia retains its immunity and this Court lacks subject matter jurisdiction.

Plaintiff also has failed to state a legally-cognizable claim and, therefore, his complaint is also subject to dismissal under Federal Rule 12(b)(6).

WHEREFORE, for these reasons, as well as those set forth in the accompanying memorandum, Ethiopia respectfully requests that the Court dismiss Plaintiff's complaint.[1]

Dated:  June 27, 2014

Respectfully submitted,

/s/ Robert P. Charrow
Robert P. Charrow (DC 261958)
Thomas R. Snider (DC 477661)
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tel: 202-533-2396; Fax: 202-261-0164
Email: charrowr@gtlaw.com;
snidert@gtlaw.com

Counsel for Defendant Federal Democratic Republic of Ethiopia

---

[1] By filing this motion, accompanying memorandum, and proposed order, Ethiopia is not waiving its sovereign immunity.