THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-00372-CKK |
| | ) |
| FEDERAL DEMOCRATIC, | ) |
| REPUBLIC OF ETHIOPIA | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Federal Democratic Republic of Ethiopia's ("Ethiopia") Motion to Dismiss Pursuant to Federal Rules 12(b)(1) and 12(b)(6) ("Motion to Dismiss"), it is this _____ day of _____, _____ hereby,

ORDERED that Ethiopia's Motion to Dismiss with prejudice be, and hereby is, **GRANTED.**

_____
Hon. Colleen Kollar-Kotelly
Judge, U.S. District Court for the
District of Columbia