UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>      *Plaintiff,*<br>v.<br><br>FEDERAL DEMOCRATIC<br>REPUBLIC OF ETHIOPIA,<br><br>      *Defendant.* | Civ. No. 1:14-cv-00372-CKK |

**Motion Under LCvR 83.2(d) for *Pro Hac Vice* Admission of
<u>John K. Harting</u>**

Pursuant to Local Civil Rule 83.2(d), Plaintiff John Doe, a.k.a. Kidane, moves for the admission and appearance of attorney John K. Harting *pro hac vice* in the above-entitled action. This Motion is supported by the Declaration of John K. Harting, filed herewith. This Motion is also supported and signed by Nathan Cardozo, an active and sponsoring member of the Bar of this Court.

Dated: June 30, 2014

Respectfully submitted,

 /s/ Nathan Cardozo
Nathan Cardozo (DC #1018696)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel. (415) 436-9333
Fax (415) 436-9993
nate@eff.org

*Attorney for Plaintiff*

84908083.1