UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL DEMOCRATIC<br>REPUBLIC OF ETHIOPIA,<br><br>*Defendant.* | Civ. No. 1:14-cv-00372-CKK |

**Declaration of John K. Harting in Support of
Motion Under LCvR 83.2(d) for *Pro Hac Vice* Admission**

Pursuant to 28 U.S.C. § 1746, I, John K. Harting, declare as follows:

1. I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and I have been retained as counsel by Plaintiff John Doe, a.k.a. Kidane in the above-entitled action.

2. Pursuant to the requirements of LCvR 83.2(d), I provide the following information for purposes of *pro hac* admission to the bar of the United States District Court for the District of Columbia in regard to the above-entitled action:

 (1) My full name is John Kelly Harting.

 (2) My office address and telephone number are:

  John K. Harting (MN Bar No. 0392234)
  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
  2800 LaSalle Plaza
  800 LaSalle Avenue
  Minneapolis, MN 55402-2015
  Tel. (612) 349-8787
  Email: jkharting@rkmc.com

1

(3)  I have been admitted to the following bars:

| Venue | Bar |
|---|---|
| State | Minnesota |
| Federal | District of Minnesota |

(4)  I certify that I have not been disciplined by any bar.

(5)  I have not sought admission or been admitted *pro hac vice* to the bar of this Court in the last two years (or at any earlier time).

(6)  I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia bar, and I do not have an application for membership pending before the bar of this Court or the District of Columbia bar.

(7)  I am personally familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June, 2014.

_____
John K. Harting

84908083.1