UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>　　　　*Plaintiff*,<br>v.<br><br>FEDERAL DEMOCRATIC<br>REPUBLIC OF ETHIOPIA,<br><br>　　　　*Defendant*. | Civ. No. 1:14-cv-00372-CKK |

**Notice of Mahesha P. Subbaraman's Withdrawal as Counsel for Plaintiff**

TO:　The Clerk of the Court, All Parties and Their Respective Counsel of Record.

PLEASE TAKE NOTICE that Mahesha P. Subbaraman is withdrawing his appearance as counsel of record for Plaintiff John Doe in the above-captioned action given his departure from the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. ("RKMC"). RKMC attorneys Richard M. Martinez, Samuel L. Walling, and John K. Harting (*pro hac* pending) will remain counsel of record for Plaintiff.

Dated: June 30, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Mahesha P. Subbaraman
　　　　　　　　　　　　　　　　　　　Mahesha P. Subbaraman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Richard M. Martinez (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Samuel L. Walling (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　John K. Harting (*pro hac* pending)
　　　　　　　　　　　　　　　　　　　**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
　　　　　　　　　　　　　　　　　　　2800 LaSalle Plaza
　　　　　　　　　　　　　　　　　　　800 LaSalle Avenue
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402-2015
　　　　　　　　　　　　　　　　　　　Tel. (612) 349-8500
　　　　　　　　　　　　　　　　　　　Fax (612) 339-4181
　　　　　　　　　　　　　　　　　　　mpsubbaraman@rkmc.com

>Nathan Cardozo (DC #1018696)
>ELECTRONIC FRONTIER FOUNDATION
>815 Eddy Street
>San Francisco, CA 94109
>Tel. (415) 436-9333
>Fax (415) 436-9993
>nate@eff.org
>
>*Counsel for Plaintiff*