UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA<br><br>    Defendant. | Civil Action No. 14-372 (CKK) |

ORDER
(July 17, 2014)

On June 27, 2014, Defendant filed a [20] Motion to Dismiss Pursuant to Federal Rules 12(b)(1) and 12(b)(6) ("Motion to Dismiss"). Plaintiff is represented by counsel who is a member of Bar of this Court, *see* Notice of Substitution of Attorney and Notice of Appearance, ECF No. [13] at 2, as well as by counsel who have been granted leave to appear *pro hac vice* after certifying their familiarity with the Local Rules of this Court, *see* Suppl. Decl. of Cindy Cohn in Supp. of Mot. Under LCvR 83.2(d) for *Pro Hac Vice* Admission, ECF No. [9]; Suppl. Decl. of Mahesha P. Subbaraman in Supp. of Mot. Under LCvR 83.2(d) for *Pro Hac Vice* Admission, ECF No. [10]; Suppl. Decl. of Richard M. Martinez in Supp. of Mot. Under LCvR 83.2(d) for *Pro Hac Vice* Admission, ECF No. [11]; Suppl. Decl. of Samuel L. Walling in Supp. of Mot. Under LCvR 83.2(d) for *Pro Hac Vice* Admission, ECF No. [12]; Decl. of John K. Harting in Supp. of Mot. Under LCvR 83.2(d) for *Pro Hac Vice* Admission, ECF No. [21-1] at 2. Pursuant to Local Civil Rule 7(b) and Federal Rule of Civil Procedure 6(d), Plaintiff was required to respond to Defendant's Motion to Dismiss by no later than July 14, 2014. As of the date of this Order, the public docket reflects that Plaintiff has not filed a response to Defendant's

Motion to Dismiss nor has Plaintiff filed a motion for extension of time to respond to Defendant's Motion.  Accordingly, the Court shall treat Defendant's Motion to Dismiss as conceded and dismiss this case.  See LCvR 7(b) ("If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.").  Therefore, it is, this 17th day of July, 2014, hereby

    **ORDERED** that Defendant's [20] Motion to Dismiss Pursuant to Federal Rules 12(b)(1) and 12(b)(6) is **GRANTED**; and it is further

    **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge