UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>*Plaintiff*,<br>v.<br><br>FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA,<br><br>*Defendant*. | Civ. No. 1:14-cv-00372-CKK<br><br>**MOTION FOR RELIEF FROM ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)** |

Plaintiff John Doe, a.k.a. Kidane, requests relief from the Court's Order of dismissal dated July 17, 2014 (ECF No. 23). The Court's Order was based on the fact that Plaintiff has not responded to Defendant's motion to dismiss (ECF No. 20) within the time provided for such response.

Instead of opposing Defendant's motion, Plaintiff has opted to file an Amended Complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff's time to amend once as a matter of course has not yet expired. Under Rule 15(a)(1)(B), Plaintiff has 21 days after service of a motion under Rule 12(b) to amend its pleading as a matter of course. Defendant's Rule 12(b) motion was filed and served on June 27, 2014, meaning Plaintiff has until July 18, 2014 to file a First Amended Complaint, a copy of which is attached hereto as Exhibit 1.

Counsel for Plaintiff spoke to Counsel for Defendant on July 1, 2014 and notified Defense Counsel of Plaintiff's intent to file a First Amended Complaint. Defense Counsel agreed not to further pursue the Motion to Dismiss in light of Plaintiff's option to amend.

Plaintiff therefore requests that the Court grant this Motion for Relief and reinstate this action pursuant to Federal Rule of Civil Procedure 60(b).

Plaintiff further requests that the Court order the Clerk to docket the attached First Amended Complaint.

| | |
|---|---|
| Dated:  July 17, 2014 | Respectfully submitted, |

       /s/ Nathan Cardozo
Nathan Cardozo (DC SBN 1018696)
Cindy Cohn (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel. (415) 436-9333
Fax (415) 436-9993
nate@eff.org

Richard M. Martinez (admitted *pro hac vice*)
Samuel L. Walling (admitted *pro hac vice*)
John K. Harting (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel.: (612) 349-8500
Fax: (612) 339-4181
rmmartinez@rkmc.com

*Counsel for Plaintiff*