UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA,<br><br>*Defendant.* | Civ. Action No. 1:14-cv-00372-CKK |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff John Doe, a.k.a. Kidane's ("Plaintiff") Motion for Relief from Order of Dismissal Pursuant to Federal Rule of Civil Procedure 60(b) ("Motion for Relief"), it is this _____ day of _____, _____ hereby,

ORDERED that Plaintiff's Motion for Relief be, and hereby is, **GRANTED** and that the Clerk of the Court is further ORDERED to enter on the docket Exhibit 1 to the Motion for Relief as Plaintiff's First Amended Complaint.

_____
Hon. Colleen Kollar-Kotelly
Judge, U.S. District Court for the
District of Columbia

1