UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA<br><br>    Defendant. | Civil Action No. 14-372 (CKK) |

ORDER
(July 18, 2014)

Presently before the Court is Plaintiff's [24] Motion for Relief From Order of Dismissal Pursuant to Federal Rule of Civil Procedure 60(b).  By [23] Order issued July 17, 2014, the Court dismissed this case without prejudice after Plaintiff failed to file an opposition to Defendant's [20] Motion to Dismiss Pursuant to Federal Rules 12(b)(1) and 12(b)(6) within the period set out by Local Civil Rule 7(b) and Federal Rule of Civil Procedure 6(d).  Plaintiff's present filing represents that, in lieu of filing an opposition to Defendant's motion, he planned to file an Amended Complaint, which he has attached to his present motion.  Although Plaintiff was required to respond to Defendant's Motion to Dismiss by no later than July 14, 2014, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), he was permitted to amend his complaint once as a matter of course before July 18, 2014.  *See* Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . if the pleading is one to which a responsive pleading is required . . . 21 days of a motion under Rule 12(b)").  Plaintiff's present filing represents that, in light of Plaintiff's decision to file an Amended Complaint, Defendant has

agreed to no longer pursue its [20] Motion to Dismiss Pursuant to Federal Rules 12(b)(1) and 12(b)(6).

In light of Plaintiff's representations, as well as his filing of an Amended Complaint, his motion is GRANTED. Although Plaintiff did not file a timely opposition, he was still within the timeframe for filing an Amended Complaint as a matter of course, an action which would render Defendant's motion moot. Nevertheless, the Court advises Plaintiff's counsel that should they ever find themselves in a similar scenario, they would do well to advise the Court of their decision not to file an opposition and instead file an Amended Complaint *prior* to the deadline for filing an opposition. Such action could have saved both Plaintiff's counsel and the Court some time and effort.

Accordingly, it is, this 18th day of July, 2014, hereby

**ORDERED** that Plaintiff's [24] Motion for Relief from Order of Dismissal Pursuant to Federal Rule of Civil Procedure 60(b) is **GRANTED**; and it is further

**ORDERED** that the Court's July 17, 2014 [23] Order dismissing this case without prejudice is **VACATED** and this case is **REINSTATED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint is accepted, as Plaintiff is permitted to make such amendment as a matter of right. The Clerk of the Court shall docket Exhibit 1 to Plaintiff's [24] Motion for Relief from Order of Dismissal Pursuant to Federal Rule of Civil Procedure 60(b) as Plaintiff's First Amended Complaint; and it is further

**ORDERED** that Defendant's [20] Motion to Dismiss Pursuant to Federal Rules 12(b)(1) and 12(b)(6) is **DENIED** in light of Plaintiff's filing of an Amended Complaint; and it is further

**ORDERED** that Defendant shall respond to Plaintiff's Amended Complaint by no later than **August 4, 2014**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge