THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOHN DOE, a.k.a. KIDANE**       )<br>                                                     )<br>                                                     )<br>     **Plaintiff,**                              )<br>                                                     )<br>v.                                                  )   **Civil Action No. 1:14-cv-00372-CKK**<br>                                                     )<br>**FEDERAL DEMOCRATIC,**    )<br>**REPUBLIC OF ETHIOPIA**     )<br>                                                     )<br>     **Defendant.**                           )<br>                                                     ) | |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Federal Democratic Republic of Ethiopia's ("Ethiopia") Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rules 12(b)(1) and 12(b)(6) ("Motion to Dismiss"), it is this _____ day of _____, _____ hereby,

ORDERED that Ethiopia's Motion to Dismiss with prejudice be, and hereby is, **GRANTED.**

 

_____
Hon. Colleen Kollar-Kotelly
Judge, U.S. District Court for the
District of Columbia