# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe, a.k.a. Kidane, <br><br> Plaintiff, <br><br> v. <br><br> Federal Democratic Republic of Ethiopia, <br><br> Defendant. | Civ. No. 1:14–cv-00372–CKK |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Federal Democratic Republic of Ethiopia's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (the "Motion to Dismiss"), and Plaintiff's opposition to said Motion to Dismiss, it is this _____ day of _____, _____ herby,

ORDERED that Defendant's Motion to Dismiss is **DENIED**.

_____
Hon. Colleen Kollar-Kotelly
Judge, U.S. District Court for the
District of Columbia