THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE<br><br>**Plaintiff,**<br><br>v.<br><br>FEDERAL DEMOCRATIC,<br>REPUBLIC OF ETHIOPIA<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:14-cv-00372-RDM<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's second request for oral argument (Doc. #31), it is this _____ day of _____, _____ hereby,

ORDERED that Plaintiff's Motion be, and hereby is,

**DENIED.**

_____
Hon. Randolph D. Moss
Judge, U.S. District Court for the
District of Columbia