UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, a.k.a. KIDANE,<br><br>   Plaintiff,<br><br> v.<br><br>FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 14-372 (RDM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

This case may present substantial issues relating to the interpretation and application of the Foreign Sovereign Immunities Act's non-commercial tort exception, 28 U.S.C. § 1605(a)(5), including the discretionary function exception and the "entire tort" rule. Should the United States wish to be heard on these issues at this stage of the litigation, it may, within 21 days of this Notice, so inform the Court by proposing a schedule for filing a statement of interest or other submission on behalf of the United States.

  The Clerk's Office is directed to mail this Notice to:

Benjamin C. Mizer
Principal Deputy Assistant Attorney General for the Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Daniel Van Horn
Chief, Civil Division
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

A copy of this Notice will also be served by email on counsel for the United States.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  July 15, 2015