IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a.k.a. KIDANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-372 (RDM) |
| ) | |
| FEDERAL DEMOCRATIC REPUBLIC ) OF ETHIOPIA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE BY THE UNITED STATES OF POTENTIAL PARTICIPATION**

On July 15, 2015, the Court notified the United States that the above-captioned case "may present substantial issues relating to the interpretation and application of the Foreign Sovereign Immunities Act's non-commercial tort exception, 28 U.S.C. § 1605(a)(5)," and provided the United States twenty-one days—until August 5, 2015—to inform the Court if it "wish[es] to be heard on these issues at this stage of the litigation." *See* Notice, ECF No. 35.

The United States is actively considering whether to file a Statement of Interest as permitted by 28 U.S.C. § 517. That statute authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." 28 U.S.C. § 517. The process for deciding whether to file a Statement of Interest involves coordination among multiple government agencies and the approval of the U.S. Department of Justice through the Principal Deputy Assistant Attorney General for the Civil Division. Such coordination and approval, if sought, are more difficult during the summer months when many people at the various agencies are on vacation.

The United States expects to complete its deliberations and, should it decide to participate, to submit a Statement of Interest no later than September 25, 2015.  Accordingly, by that date, the United States intends to either advise the Court that it will not participate at this stage of the litigation, or file a substantive memorandum pursuant to 28 U.S.C. § 517, setting forth its interest with respect to this matter.  If the United States makes a decision not to participate before September 25, 2015, it will immediately notify the Court.  The United States appreciates the Court's consideration and patience.

Respectfully submitted this 4th day of August, 2015,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director

 s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7310
Washington, D.C. 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for the United States of America*