IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN DOE, a.k.a. KIDANE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 14-372 (RDM) |
| FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE BY THE UNITED STATES**

On July 15, 2015, the Court notified the United States that the above-captioned case "may present substantial issues relating to the interpretation and application of the Foreign Sovereign Immunities Act's non-commercial tort exception, 28 U.S.C. § 1605(a)(5)," and asked whether the United States "wish[es] to be heard on these issues at this stage of the litigation." *See* Notice, ECF No. 35.  The United States hereby advises the Court that it respectfully declines to file a Statement of Interest in this matter at this time.  *See* 28 U.S.C. § 517.

The United States appreciates the Court's invitation and the additional time that the Court afforded the United States to consider the matter.

Respectfully submitted this 25th day of September, 2015,

>BENJAMIN C. MIZER
>Principal Deputy Assistant Attorney General
>
>RONALD C. MACHEN, JR.
>United States Attorney
>
>ANTHONY J. COPPOLINO
>Deputy Director

        s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7310
Washington, D.C. 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for the United States of America*