AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JOHN DOE a.k.a. KIDANE ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14cv372 (RDM) |
| FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: Ethiopia's Motion to Dismiss, Dkt. 27, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Randolph D. Moss on a motion for dismissal (Dkt. 27 Motion to Dismiss).

Date: 05/25/2016

ANGELA D. CAESAR, CLERK OF COURT

Kristin Thompson
*Signature of Clerk or Deputy Clerk*