## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE, a.k.a. KIDANE,
           Plaintiff

vs.                    Civil Action No. 14-372 (RDM)

FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA,
           Defendant

# NOTICE OF APPEAL

Notice is hereby given this 22nd day of June, 20 16, that

JOHN DOE, a.k.a., KIDANE,

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 25th day of May, 20 16

in favor of FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA

against said JOHN DOE, a.k.a., KIDANE.

                                              /s/ Nathan Cardozo
                                              Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Robert P. Charrow
Thomas R. Snider
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Counsel for Defendant Federal
Democratic Republic of Ethiopia